**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| KERRY PONDER | : CIVIL ACTION |
| | : |
| v. | : NO.  20-5037 |
| | : |
| CHARTER OAK FIRE INSURANCE | : |
| COMPANY | : |

## <u>CIVIL JUDGMENT</u>

**AND NOW,** this 19th day of October, 2022, in accordance with the verdict

entered October 19, 2022, IT IS HEREBY ORDERED that judgment be and the same is hereby

entered in favor of Plaintiff, Kerry Ponder, and against Defendant, Charter Oak Fire Insurance

Company, in the amount of $958,000.

**BY THE COURT:**

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL, J.**